IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIRECTV, Inc., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Docket No. 2:04-CV-00769 |
| EDWARD SEMULKA, | § § § | (Judge Lancaster) |
| Defendant | § § | |

### ORDER OF COURT

AND NOW, to wit, this __6th__ day of June, 2006, upon consideration of the Motion to Dismiss as to Edward Semulka, filed by Plaintiff DIRECTV, Inc., and pursuant to Rule 41(a)(2), Fed. R.Civ.P., it is hereby ORDERED, ADJUDGED and DECREED that the civil action against Defendant Edward Semulka is hereby DISMISSED with prejudice.

By the Court,

_____ J.